06/24/2015

60,852-08

Dear Clerk:

Thank you for letting me know the status (pending) of my case, Re: BUNTON, CHARLES D.
        CCA No. WR-60,852-08
        Trial Court Case No. 9024242-G

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 20 2015

Abel Acosta, Clerk

My case was wrongly affirmed by the 3rd C.O.A. and I just want justice in my case and a chance to properly submit my case & have a proper direct appeal, which in this case, Due Process was violated and/or Denied on Direct Appeal.

The prosecutor's strategy was affirmed and not the actual 3rd Degree Felony I stand convicted for. The Court of Appeals, at Austin wrongly affirmed my conviction —simple and plain.

Please take care and I trust in our system. I am not swayed by media or none of that mess. I know my government IS NOT out to get me. I know this Court IS NOT against me I just have to realize I have to not put myself in a position to lose my freedom next time. I must live the GOOD LIFE as other decent law-abiding citizens live their lives.

Sincerely,
C. Bunton